1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ALFONSO GONZALEZ-CUEVAS,              No. 2:13-CV-1777-CMK-P

12                    Plaintiff,

13            vs.                           <u>ORDER</u>

14   F. FOULK, et al.,

15                    Defendants.

16   _____/

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Plaintiff has not filed a complete application to proceed in forma pauperis,

19   along with a certified copy of his trust account statement for the six-month period immediately

20   preceding the filing of the complaint, or paid the required filing fee.  <u>See</u> 28 U.S.C. §§ 1914(a),

21   1915(a), (a)(2).

22            In his January 6, 2014, filing plaintiff seeks assistance in obtaining trust account

23   documents from prison officials.  Plaintiff's filing is construed as a request for additional time

24   and, so construed, will be granted.  Plaintiff will be provided an additional opportunity to submit

25   either a completed application to proceed in forma pauperis or the appropriate filing fee.

26   / / /

                                            1

1      Plaintiff is warned that failure to resolve the fee status of this case within the time

2  provided may result in the dismissal of this action for lack of prosecution and failure to comply

3  with court rules and orders.  See Local Rule 110.

4      Accordingly, IT IS HEREBY ORDERED that:

5      1.    Plaintiff shall submit on the form provided by the Clerk of the Court,

6  within 30 days from the date of this order, a complete application for leave to proceed in forma

7  pauperis, with the required certified copy of his trust account statement, or the appropriate filing

8  fee; and

9      2.    The Clerk of the Court is directed to send plaintiff a new form Application

10  to Proceed In Forma Pauperis By a Prisoner.

11

12

13  DATED:  January 14, 2014

14

15                    CRAIG M. KELLISON
                       UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26